IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION<br>NO. 19-64-3 |
| v. | : | |
| BRIAN BURROWS<br>#77063-066 | : | |

## NOTICE

TAKE NOTICE that Defendant is scheduled for a SENTENCING HEARING on **WEDNESDAY, JUNE 26, 2024, at 10:00 A.M.** before the **Honorable Jeffrey L. Schmehl** in the Fifth Floor Courtroom of the United States District Court, 201 Penn Street, The Gateway Building, Reading, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A  interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** April 30, 2024

For additional information, please contact the undersigned.

By:     Tanya L. Allender, Courtroom Deputy to J. Schmehl
        Phone: 610.320.5030

Date:   4/25/2024

cc via email:    Defendant (through counsel)
                 Defense Counsel
                 U.S. Attorney's Office
                 U.S. Marshal
                 Court Security
                 Probation Officer Megan Maier
                 Pretrial Services
                 Interpreter Coordinator

crnotice (July 2021)